United States District Court
Southern District of Texas
**ENTERED**
February 04, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CASSANDRA PARISH, § § Plaintiff, § § v. § § EQUIFAX INFORMATION SERVICES, § LLC, TRANS UNION, LLC, CONN § CREDIT CORPORATION, INC., and § PHOENIX FINANCIAL SERVICES, LLC, § § Defendants. § § | Civil Action No. 4:20-cv-00259 |

**ORDER GRANTING TRANS UNION LLC'S MOTION TO STAY ACTION PENDING RULING ON ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This matter is before the Court on Defendant Trans Union LLC's Motion to Stay Action Pending Ruling on its Motion to Dismiss Plaintiff's Complaint.

The Court has considered Trans Union's Motion, and it is so ORDERED AND ADJUDGED that the Motion is GRANTED.

DATED this _____ day of  FEB 0 3 2021 _____ 2020.

_____
HONORABLE ALFRED H. BENNETT
United States District Court Judge

4374474.1