UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CASSANDRA PARISH, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-00259 |
| EQUIFAX INFORMATION SERVICES, LLC, *et al*, | § § § § | |
| Defendants. | § | |

**ORDER**

The Court has been informed that a Settlement Agreement is pending in this case.

IT IS HEREBY ORDERED that all deadlines and hearings set by the Scheduling Order are terminated. Parties must file final dismissal papers by October 16, 2021 or appear for a Status Conference scheduled October 22, 2021 at 10:00 a.m.

It is so ORDERED. 08/23/2021.

_____
The Honorable Alfred H. Bennett
United States District Judge