UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Cassandra Parish,<br><br>    Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., et al.<br><br>    Defendants. | Case No.:   4:20-cv-00259 |

**STIPULATION TO DISMISS DEFENDANT PHOENIX FINANCIAL SERVICES, LLC WITH PREJUDICE**

The party, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims against Phoenix Financial Services, LLC., with prejudice and without attorney's fees or costs charged to either party.

DATED: September 20, 2021          Respectfully submitted,

                                               /s/ Michael B. Halla
                                              Michael B. Halla, Esq.
                                              Texas State Bar No. 00793128
                                              187 Rolling Court
                                              Lancaster, Texas 75146
                                              Telephone: (469) 518.0872
                                              Facsimile: (214) 540.9333
                                              email: mhalla@hallalawfirm.com
                                              *Attorney for Plaintiff*
                                              *Cassandra Parish*

*/s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr.
TX Bar No. 24062455
S.D. of TX Bar No. 940884
Sessions, Israel & Shartle, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3009
Facsimile: (214) 741-3098
Email: cpenot@sessions.legal
*Attorney for Defendant,*
*Phoenix Financial Services, LLC*

## PROOF OF SERVICE

I, Michael B. Halla, hereby state that on September 20, 2021, I served a copy of the foregoing pleading upon all counsel of record via the ECF System.

*/s/ Michael B. Halla*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Cassandra Parish,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC., et al.<br><br>　　　　Defendants. | Case No.:　4:20-cv-00259 |

## ORDER OF DISMISSAL AS TO DEFENDANT PHOENIX FINANCIAL SERVICES, LLC WITH PREJUDICE

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Phoenix Financial Services, LLC are hereby dismissed with prejudice and without fees or costs charged to any party. The Clerk of the Court shall terminate Defendant Phoenix Financial Services, LLC as a party in this action and close this case.

Date: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge of United States District Court